Sean Conboy (State Bar #214487)
   sean.conboy@squirepb.com
Michael A. Carlin (State Bar # 290264)
   michael.carlin@squirepb.com
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California  90071
Telephone:  +1 213 624 2500
Facsimile:  +1 213 623 4581

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONI MUELLER and JORDAN MUELLER,<br><br>        Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.<br><br>**DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S NOTICE OF INTERESTED PARTIES [F.R.C.P. 7.1 AND L.-R. 7.1-1]** |

TO THE CLERK OF THE ABOVE TITLED COURT:

     Pursuant to Civil L.R. 40.2, the undersigned, counsel of record for defendant Volkswagen Group of America, Inc., certifies that the following listed party (or parties) may have a financial interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

     1. Volkswagen Group of America, Inc.  Volkswagen AG is the parent corporation of Volkswagen Group of America, Inc., and Volkswagen AG is a publicly-held German corporation that owns 10% or more of the stock of Volkswagen Group of America, Inc.

Dated: October 13, 2017

Squire Patton Boggs (US) LLP

By: */s/ Michael Carlin*
Sean P. Conboy
Michael A. Carlin
Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.